JAFFE et al., Appellants, v. LEVY, Respondent. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by David Jaffe and another against Abraham Levy. M. Jaffe, for appellants. J. Manheim, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHN P. KANE CO., Respondent, v. MURRAY, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by the John P. Kane Company against John L. Murray, impleaded. N. Heinsheimer, for appellant. J. W. Shepard, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

JOHNS, Respondent, v. McLAUGHLIN REAL ESTATE CO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 6, 1908.) Action by Anson S. Johns against the McLaughlin Real Estate Company and others. No opinion. Judgment affirmed, with costs.

JOHNSON, Appellant, v. ROBINSON, Respondent, et al. (Supreme Court, Appellate Division, First Department. April 10, 1908.) Action by Theodore M. Johnson against Robert E. Robinson, impleaded. A. S. Bacon, for appellant. G. S. Graham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES, Respondent, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by Frank T. Jones against Frank O. Anderson. PER CURIAM. Judgment and order affirmed, with costs.
WILLIAMS, J., dissents.

JONES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Robert Jones and another against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs.

JONES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Action by Robert Jones and another against the Delaware, Lackawanna & Western Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

JONES v. GOULD. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Action by John S. Jones against George J. Gould. No opinion. Motion granted, with $10 costs. Order filed.

In re JOSEPH. (Supreme Court, Appellate Division, First Department. March 27, 1908.) In the matter of Abraham A. Joseph. No opinion. Motion restored to calendar for Friday, April 10, 1908. See 109 N. Y. Supp. 1018.

JUDSON, Respondent, v. MILLS, Appellant, et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by Alice Judson against John T. Mills, Jr., and another. No opinion. Order affirmed, with $10 costs and disbursements.

KARP et al., Appellants, v. BREWSTER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Samuel Karp and others against Frederick F. Brewster and others. M. Brown, for appellants. S. H. Wandell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KATZBERG, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 6, 1908.) Action by Nathan Katzberg against the New York City Railway Company. B. H. Ames, for appellant. L. J. Vorhaus, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

KEEFE, Respondent, v. LEE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Action by John Keefe against Benjamin F. Lee and another.
PER CURIAM. Judgment and order affirmed, with costs.
ROBSON, J., dissents.

KELLER et al., Appellants, v. LISPENARD REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Appeal from Special Term. Action by Jacob Keller and another against the Lispenard Realty Company and another. From part of an order imposing conditions on opening default, plaintiff appeals. Modified and affirmed. Meyer London, for appellants. Gratz Nathan, for respondents.
PER CURIAM. The order should be modified, by opening the default upon plaintiffs paying a trial fee of $30 and the disbursements of the trial, and by striking out the provision requiring the plaintiff to give a bond, the judgment to stand as security, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

KELLEY v. WRONKOW. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by Richard S. Kelley against Herman Wronkow. No opinion. Motion granted. Settle order on notice.

KELLY v. MAYER et al. (Supreme Court, Appellate Division, First Department. March 13, 1908.) Action by George Kelly against Max W. Mayer and others. No opinion. Motion granted, with $10 costs. Order filed.

KENNEDY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Action by James Kennedy against city of New York. No opinion. Motion denied.